IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DANNY HIEDELBERG, Individually and on behalf of others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 4:13-CV-00182-CVE-PJC |
| (1) ADT, LLC; (2) ADT SECURITY SERVICES, INC.; AND (3) TYCO INTEGRATED SECURITY LLC | § § § § § | |
| Defendants. | § § | |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Defendants ADT LLC and Tyco Integrated Security LLC (formerly known as ADT Security Services, Inc.), by and through their counsel of record, Randall J. Snapp and Amy E. Sellars of Crowe & Dunlevy, 500 Kennedy Building, 321 South Boston Avenue, Tulsa, OK 74103-3313, respectfully move this Court for admission *pro hac vice* of attorney Angela Clanton Green of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 8117 Preston Road, Suite 500, Dallas, TX 75225.

As the attached Request for Admission *Pro Hac Vice* reflects, Angela Clanton Green is a member in good standing of the jurisdictions to which she has been admitted and satisfies the requirements of Local Rule 83.2(g) of the United States District Court for the Northern District of Oklahoma.  *See* Exhibit 1.  I hereby certify that Angela Clanton Green is a member in good standing of the Bar of the State of Texas, where she resides and is licensed.  Randall J. Snapp and Amy E. Sellars, Crowe & Dunlevy, will remain as local counsel for Defendant.

Respectfully submitted,

**CROWE & DUNLEVY**

/s/ Amy E. Sellars
Randall J. Snapp
Oklahoma Bar No. 11169
randall.snapp@crowedunlevy.com
Amy E. Sellars
Oklahoma Bar No. 30202
amy.sellars@crowedunlevy.com

500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Telephone: (918) 592.9855
Facsimile: (918) 599.6335

**ATTORNEYS FOR DEFENDANTS ADT LLC AND TYCO INTEGRATED SECURITY LLC (FORMERLY KNOWN AS ADT SECURITY SERVICES, INC.)**

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System which sent a copy to the following ECF registrants:

Terry A. Hall

/s/ Amy E. Sellars

14823142.1