

EXHIBIT 1

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

DANNY HIEDELBERG,
      Plaintiff(s)

vs.

Case Number:   4:13-CV-00182-CVE-PJC

ADT, LLC; ADT SECURITY SERVICES, INC.;
AND TYCO INTEGRATED SECURITY, LLC,
      Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

    I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:   Angela Clanton Green

2. State bar membership number:   Texas Bar No. 24040695

3. Business address, telephone and fax numbers:
   8117 Preston Road, Suite 500, Dallas, TX 75225, Phone: (214) 987-3800, Fax: (214) 987-3927

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   U.S. Court of Appeals, Fifth Circuit, U.S. District Courts for the Northern, Southern, and Eastern Districts of Texas, State Bar of Texas, U.S. District Courts for the Eastern and Western Districts of Missouri, State Bar of Missouri, U.S. District Court of Kansas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes    **X** No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes    **X** No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   **X** Yes    No

Signature   */Angela Clanton Green*

| Angela Clanton Green | 24040695 (TX) |
|---|---|
| Printed Name | Bar Number |

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Firm Name
8117 Preston Road, Suite 500
Address

|  |  |  |
|---|---|---|
| Dallas | TX | 75225 |
| City | State | ZIP |

(214) 987-3800         (214) 987-3927
Phone                        Fax

angela.green@ogletreedeakins.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____May 13, 2013_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

   Terry Hall

_____

I hereby certify that on _____ (Date), I served the same document by

   __ U.S. Postal Service         __ In Person Delivery

   __ Courier Service              __ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

                                        /s/ Amy E. Sellars
                                        Signature

14823536.1