IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DANNY HIEDELBERG, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br>V.<br><br>(1) ADT, LLC; (2) ADT SECURITY SERVICES, INC.; AND (3) TYCO INTEGRATED SECURITY LLC<br><br>    Defendants. | § § § § § § § § § § § § | CASE NO. 4:13-CV-00182-CVE-PJC |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants ADT LLC and Tyco Integrated Security LLC (formerly known as ADT Security Services, Inc.), by and through their counsel of record, Randall J. Snapp and Amy E. Sellars of Crowe & Dunlevy, 500 Kennedy Building, 321 South Boston Avenue, Tulsa, OK 74103-3313, respectfully move this Court for admission *pro hac vice* of attorney Katherine K. Paulus of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 4520 Main Street, Suite 400, Kansas City, MO  64111-1852.

As the attached Request for Admission *Pro Hac Vice* reflects, Katherine K. Paulus is a member in good standing of the jurisdictions to which she has been admitted and satisfies the requirements of Local Rule 83.2(g) of the United States District Court for the Northern District of Oklahoma.  *See* Exhibit 1.  I hereby certify that Katherine K. Paulus is a member in good standing of the Bar of the State of Missouri, where she resides and is licensed.  Randall J. Snapp and Amy E. Sellars, Crowe & Dunlevy, will remain as local counsel for Defendant.

Respectfully submitted,

**CROWE & DUNLEVY**

/s/ Amy E. Sellars
Randall J. Snapp
Oklahoma Bar No. 11169
randall.snapp@crowedunlevy.com
Amy E. Sellars
Oklahoma Bar No. 30202
amy.sellars@crowedunlevy.com

500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Telephone: (918) 592.9855
Facsimile: (918) 599.6335

**ATTORNEYS FOR DEFENDANTS ADT LLC AND TYCO INTEGRATED SECURITY LLC (FORMERLY KNOWN AS ADT SECURITY SERVICES, INC.)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System which sent a copy to the following ECF registrants:

Terry A. Hall

/s/ Amy E. Sellars

14826460.1

2