

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

DANNY HIEDELBERG,
      Plaintiff(s)

vs.

Case Number: 4:13-CV-00182-CVE-PJC

ADT, LLC; ADT SECURITY SERVICES, INC.;
AND TYCO INTEGRATED SECURITY, LLC,
      Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:  Katherine K. Paulus

2. State bar membership number:  Missouri Bar No. 60217

3. Business address, telephone and fax numbers:
   4520 Main Street, Suite 400, Kansas City, MO   64111-1852

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   United States District Court for the Western District of Missouri
   United States District Court for the District of Kansas
   United States District Court for the District of Western Oklahoma (Pro Hac Vice)
   United States District Court for the District of Western Arkansas
   United States Court of Appeals for the Eighth Circuit
   United States Court of Appeals for the Tenth Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?     Yes    **X** No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes    **X** No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?     **X** Yes    No

Signature  */Katherine K. Paulus*
Katherine K. Paulus      (MO) 60217
Printed Name      Bar Number

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Firm Name

4520 Main Street, Suite 400
Address

Kansas City                          MO     64111-1852
City                                 State  ZIP

(816) 471-1303                       (816) 471-1303
Phone                                Fax

katie.paulus@ogletreedeakins.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____May 13, 2013_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Terry Hall

I hereby certify that on _____ (Date), I served the same document by

__ U.S. Postal Service          __ In Person Delivery
__ Courier Service              __ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Amy E. Sellars
Signature

14834155.1