UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNY HEIDELBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-0182-CVE-PJC |
| | ) |
| ADT, LLC and TYCO INTEGRATED SECURITY LLC f/k/a ADT Security Services, Inc., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are the motions for admission *pro hac vice* (Dkt. ## 11, 12, 13, 14). For good cause shown, the Court finds that the motions should be and are hereby **granted.**

**IT IS THEREFORE ORDERED** that Angela Clanton Green, Ryan M. Miller, Chris R. Pace, and Katherine K. Paulus are admitted *pro hac vice* for the limited purpose of representing defendants in the above-captioned matter.

**Counsel are directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 14th day of May, 2013.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE